DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:11-mj-00490-LRL |
| vs. | **UNITED STATES' MOTION TO DISMISS COMPLAINT** |
| CHRISTOPHER GUGLIELMI, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Nancy J. Koppe, Assistant United States Attorney, moves to dismiss the complaint in the above-named case, as the defendant passed away on July 24, 2011.

**DATED** this 25th day of July, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Nancy J. Koppe

NANCY J. KOPPE
Assistant United States Attorney

IT IS SO ORDERED.

*[signature]*

United States Magistrate Judge
7-27-11